IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA FOURTH DIVISION (ST. PAUL)

| In Re:<br>LASHIYA DANEASH STEWART,<br>Debtor.<br>LASHIYA DANEASH STEWART,<br>Plaintiff,<br>vs.<br>ZUNTAFI CORP,<br>Defendants. | In Proceedings Under Chapter 7<br><br>Bankruptcy Case No.: 23-30503<br><br>Adversary Case No.: 24-03019 |
|---|---|

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

I, Lashiya Daneash Stewart, being duly sworn, state as follows:

1. I am the Plaintiff in the above-entitled action.
2. Plaintiff attests that her past and present financial resources, and her financial resources that she can reasonably rely on in the future create an inability to maintain a minimal standard of living while paying for the student loans.
3. Plaintiff attests that her necessary living expenses are modest and below the IRS national and local standards; where she is unable to maintain a minimal standard of living.
4. Plaintiff attests that her undue hardship entitles her to a discharge of her student loans.
5. Plaintiff request that the clerk of court enter default against the Defendant.

State of Minnesota )
                   ) ss:
Dakota County )

Lashiya Daneash Stewart, being first duly sworn on oath according to law, deposes and says that she has read the foregoing AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT subscribed, that the matters stated herein are true to the best of her information, knowledge and belief.

_[signature]_      7.11.2024

Lashiya D. Stewart, Affiant      Date

SUBSCRIBED AND SWORN to before me this 11th day of July, 2024.

_[signature]_      7-11-24
Notary Public      Date

My commission expires 1-31-2028

ALLEN SHAMON DANIEL
Notary Public
Minnesota
My Commission Expires
Jan 31, 2028