UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Lashiya Daneash Stewart,   Bky. No. 23-30503 (WJF)

      Debtor(s).

---

Lashiya Daneash Stewart,

      Plaintiff,

v.   Adv. No. 24-03019

ZuntaFi,

      Defendant.

---

### ORDER FOR TELEPHONIC STATUS CONFERENCE

At Saint Paul, Minnesota

    A status conference in this adversary proceeding shall be convened on ***August 13, 2024 at 2:30 p.m.***. The conference will be held telephonically before Judge William J. Fisher. Please use the following dial-in instructions.

1. Dial 1-888-684-8852
2. When prompted, enter ACCESS CODE: 5988550
3. When prompted, enter SECURITY CODE: 0428

BY THE COURT:

DATED: *July 31, 2024*   */e/William J. Fisher*

                                                      _____
                                                      WILLIAM J. FISHER
                                                      UNITED STATES BANKRUPTCY JUDGE