# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: | Case No. 23-30503 |
| Lashiya Daneash Stewart, | Chapter 7 |
| Debtor. | |
| Lashiya Daneash Stewart, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 24-03019 |
| ZuntaFi, | |
| Defendant. | |

_____

## JUDGMENT
_____

This proceeding came before the Court, and a decision or order for judgment was duly rendered, William J. Fisher, United States Bankruptcy Judge, presiding.

**IT IS HEREBY ORDERED AND ADJUDGED:**

The indebtedness owed to Defendant ZuntaFi Corp is DISCHARGEABLE due to "undue hardship" pursuant to 11 U.S.C. §523(a)(8) and is considered DISCHARGED pursuant to Bankruptcy Code Section 727.

Dated: *September 5, 2024*

Tricia Pepin
United States Bankruptcy Court Clerk

By: /e/ Rachel Glissmann
Deputy Clerk